In the Matter of the Care and Treatment of Robert R. RICH, a/k/a Robert R. Rich, Jr., a/k/a Robert Rich, a/k/a Bob Rich, Appellant

v.

STATE of Missouri, Respondent.

No. WD 73461.

Missouri Court of Appeals, Western District.

Aug. 21, 2012.

Erika Eliason, Columbia, MO, for Appellant.

John Reeves, Jr., Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Robert Rich appeals the circuit court's judgment that he is a sexually violent predator. We affirm. Rule 84.16(b).